UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No: 04-3157

DAVID M. BERNHARD,
Appellant

v.

NEXSTAR BROADCASTING GROUP, INC., D/B/A WJET-TV;
NEXSTAR BROADCASTING OF ERIE, INC.; NEXSTAR BROADCASTING OF
ERIE, L.L.C; NEXSTAR BROADCASTING OF ERIE, L.P.;
NEXSTAR COMMUNICATIONS, INC.

Appeal from the United States District Court
for the Western District of Pennsylvania
(Civ. No. 02-cv-00048-E)
District Court: Hon. Sean J. McLaughlin

Argued: May 4, 2005

Before: McKEE and VAN ANTWERPEN, Circuit Judges,
and WEIS, Senior Circuit Judge.

JUDGMENT

This cause came to be heard on the record from the United States District Court for the Western District of Pennsylvania and was argued on May 4, 2005.

On consideration whereof, it is ORDERED AND ADJUDGED that the judgment of the said District Court entered on June 30, 2004, is affirmed. All of the above in accordance with the opinion of this Court. Costs taxed against Appellant.

ATTEST:

*Marcia M. Waldron*
Clerk

Dated: August 31, 2005