Representing Management Exclusively in Workplace Law and Related Litigation

**jackson | lewis**
Attorneys at Law

Jackson Lewis LLP
One PPG Place
28th Floor
Pittsburgh, Pennsylvania 15222
Tel 412 232-0404
Fax 412 232-3441
www.jacksonlewis.com

ATLANTA, GA
BOSTON, MA
CHICAGO, IL
DALLAS, TX
GREENVILLE, SC
HARTFORD, CT
LONG ISLAND, NY

LOS ANGELES, CA
MIAMI, FL
MINNEAPOLIS, MN
MORRISTOWN, NJ
NEW YORK, NY
ORLANDO, FL
PITTSBURGH, PA

RALEIGH-DURHAM, NC
SACRAMENTO, CA
SAN FRANCISCO, CA
SEATTLE, WA
STAMFORD, CT
WASHINGTON, DC REGION
WHITE PLAINS, NY

December 2, 2005

CA 02-48 E

District Clerk
United States District Court for
the Western District of Pennsylvania
Federal Courthouse of Erie
617 State Street
Erie, PA 16501

**SCANNED**

          Re:    David M. Bernhard v. Nexstar
                   Broadcasting Group, Inc., et al.
                   Case No. 04-3157

Dear Sir/Madam:

      Pursuant to the Notice of Judgment dated August 31, 2005, please tax all costs previously filed on September 2, 2005, against Plaintiff.

      Thank you for your assistance in this matter.

                   Very truly yours,

                   JACKSON LEWIS LLP

                   Martin J. Saunders

MJS/sk
cc:    Timothy D. McNair, Esquire