IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | | |
|---|---|---|
| DAVID M. BERNHARD, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO CA-02-48 ERIE |
| | : | |
| v. | : | Judge Sean J. McLaughlin |
| | : | Magistrate Judge Susan Paradise Baxter |
| NEXSTAR BROADCASTING GROUP, INC., t/a/d/b/a WJET-TV, NEXSTAR BROADCASTING OF ERIE, INC., NEXSTAR BROADCASTING OF ERIE, L.L.C., and NEXSTAR BROADCASTING OF ERIE, L.P., NEXSTAR COMMUNICATIONS, INC., | : | **ELECTRONICALLY FILED** |
| | : | |
| Defendants. | : | |

## NOTICE OF SATISFACTION OF JUDGMENT

To the Clerk of the Court:

Plaintiff, David Bernhard, having paid to Defendants, Nexstar Broadcasting Group, Inc., t/a/d/b/a WJET-TV, Nexstar Broadcasting of Erie, Inc., Nexstar Broadcasting of Erie, L.L.C., Nexstar Broadcasting of Erie, L.P., and Nexstar Communications, Inc. (collectively "Nexstar"), the sum of $551.18 in the above-captioned matter, please mark the Judgment satisfied.

Respectfully submitted,

JACKSON LEWIS LLP

/s/Martin J. Saunders
Martin J. Saunders
Pa. I.D. No. 19940
E-mail: saunderm@jacksonlewis

December 7, 2005

Attorney for Defendant
Jackson Lewis LLP
28th Floor One PPG Place
Pittsburgh, PA 15222
Phone: (412) 232-0125
Fax: (412) 232-3441
COUNSEL FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | | |
|---|---|---|
| DAVID M. BERNHARD, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO CA-02-48 ERIE |
| | : | |
| v. | : | Judge Sean J. McLaughlin |
| | : | Magistrate Judge Susan Paradise Baxter |
| NEXSTAR BROADCASTING | : | |
| GROUP, INC., t/a/d/b/a WJET-TV, | : | |
| NEXSTAR BROADCASTING OF | : | |
| ERIE, INC., NEXSTAR | : | |
| BROADCASTING OF ERIE, L.L.C., | : | **ELECTRONICALLY FILED** |
| and NEXSTAR BROADCASTING OF | : | |
| ERIE, L.P., NEXSTAR | : | |
| COMMUNICATIONS, INC., | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Timothy D. McNair, Esquire
821 State Street
Erie, PA 16501

/s/Martin J. Saunders
Martin J. Saunders
Pa. I.D. No. 19940

Attorney for Defendant
Jackson Lewis LLP
28th Floor One PPG Place
Pittsburgh, PA 15222
Phone: (412) 232-0125
Fax: (412) 232-3441
E-mail: saunderm@jacksonlewis

2